In the Matter of the Application of JOSEPH H. ADOLPH et al., Respondents, to Lay Out a Highway in the Town of Highlands.

ESEK C. CARPENTER, Appellant.

*Matter of Adolph*, 102 App. Div. 371, affirmed.
(Argued October 4, 1906; decided October 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 10, 1905, which affirmed an order of the Orange County Court directing the laying out and opening of a certain highway in the town of Highlands.

*Robert H. Barnett* for appellant.

*A. H. F. Seeger* for respondents.

Order affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ. Not sitting: WILLARD BARTLETT, JJ.